UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVE PRODUCTIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>DOE aka fbkf@sroff.com,<br><br>      Defendant. | CASE NO. C21-251 MJP<br><br>ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* MOTION FOR EARLY DISCOVERY PRIOR TO RULE 26(F) CONFERENCE AND EXTENSION OF DEADLINE TO SERVE |

  THIS MATTER comes before the Court upon Plaintiff's Second *Ex Parte* Motion for Early Discovery Prior to a Rule 26(f) Conference and Motion to Extend the Deadline to Serve. (Dkt. No. 9.) Having reviewed the relevant papers, the Court GRANTS the motions and ORDERS as follows:

  1. Plaintiff has established good cause to serve third-party subpoenas before the Rule 26(f) Conference on William Holt, Meredith Management, and any intermediary parent companies to ascertain the identity of Defendant Doe aka fbkf@sroff.com. See Crowley v. Bannister, 734 F.3d 967, 978 (9th Cir. 2013) (citing Gillespie v. Civiletti, 629 F.2d 637, 642 (9th

Cir. 1980)); cf. Crim. Prods., Inc. v. Does 1-8, No. C17-102-RAJ, 2017 WL 9478825, at *1 (W.D. Wash. Feb. 7, 2017).

2. Plaintiff has also established good cause for it to extend the deadline to serve Defendant by 60 days to July 26, 2021. See F.R.C.P. Rules 4(m) & 6(b);

3. Plaintiff may serve Meredith Management and any intermediary parent companies with a Rule 45 subpoena commanding them to provide Plaintiff with the true name, physical address, email address, payment records, and account records of the renter to whom William Holt's property was rented to on September 22, 2020;

4. Plaintiff may serve William Holt, the owner of the IP address 68.186.24.19, with a Rule 45 subpoena commanding him to provide Plaintiff with IP login records stored in the router utilized at the rental property during the September 22, 2020 rental;

5. Plaintiff may also serve a Rule 45 subpoena in the same manner as above on any rental management providers that are identified in response to a subpoena;

6. Plaintiff shall attach to any such subpoena a copy of this Order;

7. Plaintiff may only use the information disclosed in response to a Rule 45 subpoena for the purpose of protecting and enforcing Plaintiff's rights as set forth in its Complaint.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 19, 2021.

Marsha J. Pechman
United States District Judge