The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT,

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| Eve Productions, LLC | ) | Case No.: 2:21-cv-251-MJP |
| Plaintiff, | ) | |
| vs. | ) | **PLAINTIFF'S NOTICE OF FILING FIRST AMENDED COMPLAINT** |
| Doe aka fbkf@sroff.com, | ) | |
| Defendant. | ) | |

### PLAINTIFF'S NOTICE OF FILING FIRST AMENDED COMPLAINT

On June 28, 2021 Plaintiff Eve Productions, LLC ("Plaintiff") moved this Court to issue Fed. R. Civ. P. 45 subpoena on third parties and extend the deadline to serve. [Doc. #11]. On July 19, 2021, this Court granted Plaintiff's motion and granted leave to file an amended complaint within 90 days of service of the Rule 45 subpoena. [Doc. #12]. Pursuant to LCR 15, Plaintiff submits that leave was granted prior to the availability of the amended complaint and further files this Notice with the attached amended complaint.

PLAINTIFF'S NOTICE OF FILING FIRST AMENDED COMPLAINT

(2:21-cv-251-MJP)

1

Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, HI
Telephone (808) 464-4047

DATED: Kailua-Kona, Hawaii, September 14, 2021.

/s/ *Joshua Lee* _____
Joshua Lee, WSBA No. 57358
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:    (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:    joshua.lee@culpepperip.com

PLAINTIFF'S NOTICE OF FILING FIRST AMENDED COMPLAINT
2
(2:21-cv-251-MJP)

Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, HI
Telephone (808) 464-4047