UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVE PRODUCTIONS, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHELLE DERBYSHIRE,<br><br>                    Defendant. | CASE NO. C21-251 MJP<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND DEADLINE TO SERVE |

This matter is before the Court on Plaintiff's ex parte motion to extend the deadline to serve Defendant. (Dkt. No. 17). Finding good cause, the Court GRANTS the motion. See Fed. R. Civ. P. 4(m). The deadline to serve Defendant is extended to October 18, 2021.

The clerk is ordered to provide copies of this order to all counsel.

Dated September 28, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND DEADLINE TO SERVE - 1