UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVE PRODUCTIONS LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>MICHELLE DERBYSHIRE,<br><br>           Defendant. | CASE NO. C21-251 MJP<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SERVE BY MAIL |

This matter is before the Court on Plaintiff's ex parte motion to serve by mail. (Dkt. No. 19.) The Court finds Plaintiff has met its burden of showing Defendant is attempting to avoid service of process and that service by mail is therefore justified under Washington law. See Fed. R. Civ. P. 4(e)(1); Wash. Sup. Ct. Civ. R. 4(d)(4); Wash. Rev. Code § 4.28.100. The Court GRANTS the motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated September 30, 2021.

                                                              Marsha J. Pechman
                                                              United States District Judge