IN THE UNITED STATES DISTRICT COURT,

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| Eve Productions, LLC | ) | Case No.: 2:21-cv-251-MJP |
| Plaintiff, | ) ) | **SUMMONS SERVED BY MAIL** |
| vs. | ) ) | |
| Michelle Derbyshire (formerly Doe aka fbkf@sroff.com), | ) ) ) | |
| Defendant. | ) ) ) ) ) ) | |

**SUMMONS SERVED BY MAIL**

To:   Michelle Derbyshire
      19109 NE 25th St.
      Vancouver, WA 98684

The above captioned lawsuit has been filed against you.

Within 90 days of the date this summons is mailed, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

[PROPOSED] SUMMONS BY MAIL

(2:21-cv-251-MJP)

1

Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, HI
Telephone (808) 464-4047

Joshua Lee
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
E-Mail:   joshua.lee@culpepperip.com

Failure to respond within the 90 days of the date this summons is mailed will result in judgment rendered against you according to the demand of the complaint, which has been filed with the clerk of said court.

Dated: 10/4/2021

_____
Clerk of Court

[PROPOSED] SUMMONS BY MAIL
(2:21-cv-251-MJP)

2

Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, HI
Telephone (808) 464-4047