IN THE UNITED STATES DISTRICT COURT,

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Eve Productions, LLC<br><br>　　　　Plaintiff,<br>　vs.<br><br>Michelle Derbyshire (formerly Doe aka fbkf@sroff.com),<br><br>　　　　Defendant. | Case No.: 2:21-cv-251-MJP<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO AMEND COMPLAINT** |

THIS MATTER came before the Court upon Plaintiff's *Ex Parte* Motion for Leave to Amend Complaint, (Dkt. No. 25), and the Court being duly advised of the same and the Court file herein does hereby FIND AND ORDER THAT:

1. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff has established that justice requires leave of the court.

2. Plaintiff has also established that there is no prejudice to the opposing party, and no strong showing against granting leave according to the Foman factors. See Foman v. Davis, 371 U.S. 178, 182 (1962).

ORDER GRANTING PLAINTIFF'S
EX PARTE MOTION FOR LEAVE TO AMEND
1
(2:21-cv-251-MJP)

Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, HI
Telephone (808) 464-4047

3. Plaintiff may amend its First Amended Complaint to reflect the correct Plaintiff names and must serve the amended Complaint on the opposing party within 14 days pursuant to LCR 15.

DATED this 14th day of December, 2021.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

Presented by:

/s/ *Joshua Lee*
Joshua Lee, WSBA No. 57358
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:     (808) 464-4047
Facsimile:     (202) 204-5181
E-Mail:        joshua.lee@culpepperip.com

ORDER GRANTING PLAINTIFF'S
EX PARTE MOTION FOR LEAVE TO AMEND
2
(2:21-cv-251-MJP)

Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, HI
Telephone (808) 464-4047

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EARLY DISCOVERY PRIOR TO RULE 26(f) CONFERENCE 1
(2:21-cv-251-MJP)

Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, HI
Telephone (808) 464-4047