IN THE UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Eve Productions, LLC<br><br>    Plaintiff,<br>vs.<br><br>Doe aka fbkf@sroff.com,<br><br>    Defendant. | Case No.: 2:21-cv-251-MJP<br><br>**DECLARATION OF EMILY MORGAN** |

## DECLARATION OF EMILY MORGAN

EMILY MORGAN, hereby declares under penalty of law that the following is true and correct:

1. I am employed by Meredith Lodging, LLC ("Meredith") and I have personal knowledge of the matters stated herein.

2. On May 20, 2021 I searched Meredith's records for information regarding the renter of the residence at 2555 SW Anchor Ave., Lincoln City, OR 97367 from September 20, 2020 to September 23, 2020.

3. I confirmed that the renter's name is Michelle Derbyshire, phone number 360-607-3868 and email michelle.derbyshire@daimler.com. I provided this information to Plaintiff's counsel via email on May 20, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Lincoln City, Oregon June 30, 2021.

_____
Emily Morgan
Meredith Lodging, LLC