The Honorable Lauren King

IN THE UNITED STATES DISTRICT COURT,

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Eve Nevada, LLC and Voltage Holdings, LLC <br><br> Plaintiffs, <br> vs. <br><br> Michelle Derbyshire (formerly Doe aka fbkf@sroff.com), <br><br> Defendant. | Case No.: 2:21-cv-251-LK <br><br> **PLAINTIFFS' REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT; DECLARATION OF COUNSEL; AFFIDAVIT OF SERVICE; PROPOSED ORDER** <br><br> NOTE ON MOTION CALENDAR: <br> January 10, 2021 |

**PLAINTIFFS' REQUEST FOR CLERK TO ENTER DEFAULT AGAINST**

**DEFENDANT**

Pursuant to Fed R. Civ. P. 55(a), Plaintiffs Eve Nevada, LLC and Voltage Holdings, LLC ("Plaintiffs") hereby apply for entry of default by the Clerk of the Court against Defendant Michelle Derbyshire (formerly Doe aka fbkf@sroff.com) ("Defendant").

Defendant was served by mail pursuant to Wash. Sup. Ct. Civ. R. 4(d)(4) and Wash. Rev. Code § 4.28.100. *See* Order Granting Motion to Serve by Mail [Doc. #20]. Defendant's responsive

REQUEST FOR DEFAULT <br>
(2:21-cv-251-MJP) <br>
1 <br>
Culpepper IP, LLLC <br>
75-170 Hualalai Road, Suite B204 <br>
Kailua-Kona, HI <br>
Telephone (808) 464-4047

pleading to the SAC was due on or before January 7, 2021 per Wash. Sup. Ct. Civ. R. 4(d)(4). Defendant has failed to appear or otherwise defend.

For these reasons, Plaintiffs request that the Clerk of the Court enter default on all claims plead in the SAC against Defendant.

DATED: Kailua-Kona, Hawaii, January 10, 2021.

/s/ *Joshua Lee*
Joshua Lee, WSBA No. 57358
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:      joshua.lee@culpepperip.com

REQUEST FOR DEFAULT
(2:21-cv-251-MJP)
2
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, HI
Telephone (808) 464-4047