The Honorable Lauren King

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Eve Nevada, LLC and Voltage Holdings, LLC | No. 2:21-cv-251-LK |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| Michelle Derbyshire (formerly Doe aka fbkf@sroff.com, | |
| Defendants. | |

Please take notice that Spencer D. Freeman of Freeman Law Firm, Inc. hereby appears as attorney of record for Plaintiffs Eve Nevada, LLC and Voltage Holdings, LLC in the above-captioned action. Please serve all further pleadings and papers, exclusive of original process, on Spencer D. Freeman at the address below.

DATED this 14th day of January, 2022.

FREEMAN LAW FIRM, INC.

By: *s/ Spencer D. Freeman*
    Spencer D. Freeman, WSBA No. 25069
    FREEMAN LAW FIRM, INC.
    1107½ Tacoma Avenue S
    Tacoma, WA 98402
    P: (253) 383-4500
    sfreeman@freemanlawfirm.org
    Attorney for Plaintiffs

NOTICE OF APPEARANCE - 1