# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| EVE NEVADA, LLC, *et al.*,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHELLE DERBYSHIRE,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 21-0251-LK |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT default judgment is hereby ENTERED against Defendant Michelle Derbyshire pursuant to the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Default Judgment, Dkt. No. 36, entered on January 31, 2022. It is further ordered that Plaintiffs are awarded:

1. $2,000 in statutory damages for copyright infringement pursuant to 17 U.S.C. § 504(c);

2. $2,500 in statutory damages pursuant to 17 U.S.C. § 1203(c)(3)(B);

3. $9,843.75 for attorneys' fees; and

4. A permanent injunction barring Defendant Derbyshire from directly or contributorily infringing Plaintiffs' copyrights in the Work *Ava*.

Dated February 2, 2022.

　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　*/s/ Natalie Wood*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk