# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| EVE NEVADA, LLC, et al.<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>MICHELLE DERBYSHIRE,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-cv-00251-LK<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT JOEL B. ROTHMAN of SRIPLAW, P.A. hereby gives notice of his appearance as counsel on behalf of Plaintiffs, and requests service upon him of all pleadings and papers filed herein.

DATED: June 13, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Joel B. Rothman
　　　　　　　　　　　　　　　　　　JOEL B. ROTHMAN
　　　　　　　　　　　　　　　　　　Washington Bar Number: 57717
　　　　　　　　　　　　　　　　　　joel.rothman@sriplaw.com

　　　　　　　　　　　　　　　　　　**SRIPLAW**
　　　　　　　　　　　　　　　　　　21301 Powerline Road
　　　　　　　　　　　　　　　　　　Suite 100
　　　　　　　　　　　　　　　　　　Boca Raton, FL  33433

561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiffs*

NOTICE OF APPEARANCE
2:21-CV-00251-LK

2

**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL  33433
JOEL B. ROTHMAN, 561.404.4350